**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES BAKER and CATHY BAKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 07-04081 |
| SAM FENTON, et al. | : | |

**CIVIL JUDGMENT**

Before the Honorable Michael M. Baylson:

AND NOW, this 8th day of June, 2009, in accordance with the verdict of the jury,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendants and against the Plaintiffs.

BY THE COURT

ATTEST: s/Lynn Meyer
Lynn Meyer
Deputy Clerk

O:\forms\Civil Judgment Form.wpd